IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ADAM HAWLEY,<br><br>           Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY, a Delaware corporation,<br><br>           Defendant. | 8:22CV270<br><br>ORDER ON JOINT STIPULATION FOR DISMISSAL |

This case is before the Court on the parties' Joint Stipulation of Dismissal. Filing 80. The parties stipulate that, pursuant to a settlement agreement, this matter should be dismissed in its entirety with prejudice and with each party to pay its own costs and attorney fees. Accordingly,

IT IS ORDERED that the parties' Joint Stipulation of Dismissal, Filing 80, is granted. This case is dismissed in its entirety with prejudice and with each party to pay its own costs and attorney fees.

Dated this 19th day of April, 2024.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge